IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                             CASE NO. 19-11795-LMI

GABINO R CABALLERO
JUANA CABALLERO                               CHAPTER 13

    Debtors,
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Objection to Claim of Wells Fargo Bank, N.A claim 6-1., D.E#38 was served on this 12 day of June 2019 to all parties listed on the attached Mailing Matrix and all others set forth in the NEF.

                CORONA LAW FIRM, P.A.

                /s/ Ricardo Corona, Esq.
                RICARDO CORONA, ESQ.
                Florida Bar No.: 111333
                3899 NW 7 Street, Suite 202-B
                Miami, FL  33126
                Tel: (305) 547-1234
                Fax: (888) 554-5607
                e-mail:  bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 19-11795-LMI**

| | |
|---|---|
| **Office of US Trustee**<br>51 SW 1st Avenue, Ste 1204<br>Miami, FL 33130 | **Nancy K. Neidich, Chapter 13 Trustee**<br>PO Box 279806<br>Miramar, FL 33027 |
| **Gabino R. Caballero**<br>**Juana Caballero**<br>3925 SW 125 Avenue<br>Miami, FL 33175 | |

**By U.S. Certified Mail**
**Wells Fargo Bank, N.A.**
P.O. Box 130000
Raleigh, NC 27605
Email: BKChapter13@WellsFargo.com

**By U.S. Certified Mail**
**Wells Fargo Bank, N.A**
**c/o C. Allen Parker**
Interim CEO &m President
**Wells Fargo Bank, N.A.**
420 Montgomery Street
San Francisco, CA 94163

**By U.S. Certified Mail**
**Wells Fargo Bank, N.A.**
c/o Corporation Service Company – Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525