IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                  CASE NO. 19-11795-LMI

**GABINO R CABALLERO**
**JUANA CABALLERO**                  CHAPTER 13

       Debtors,
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Objection to Claim of Wells Fargo Bank, N.A claim 4-1., D.E#35 was served on this 12 day of June 2019 to all parties listed on the attached Mailing Matrix and all others set forth in the NEF.

                                             CORONA LAW FIRM, P.A.

                                             /s/ Ricardo Corona, Esq.
                                             RICARDO CORONA, ESQ.
                                             Florida Bar No.: 111333
                                             3899 NW 7 Street, Suite 202-B
                                             Miami, FL  33126
                                             Tel: (305) 547-1234
                                             Fax: (888) 554-5607
                                             e-mail:  bk@coronapa.com

                               **Credit Mailing Matrix**
                               **Case No.: 19-11795-LMI**

**Office of US Trustee**                       **Nancy K. Neidich, Chapter 13 Trustee**
51 SW 1st Avenue, Ste 1204                PO Box 279806
Miami, FL 33130                               Miramar, FL 33027

**Gabino R. Caballero**
**Juana Caballero**
3925 SW 125 Avenue
Miami, FL 33175

**By U.S. Certified Mail**
**Wells Fargo Bank, N.A. dba Wells Fargo Auto**
P.O. Box 130000
Raleigh, NC 27605
Email: BKChapter13@WellsFargo.com

**By U.S. Certified Mail**
**Wells Fargo Bank, N.A. dba Wells Fargo Auto**
**c/o C. Allen Parker**
Interim CEO &m President
**Wells Fargo Bank, N.A.**
420 Montgomery Street
San Francisco, CA 94163

**By U.S. Certified Mail**
**Wells Fargo Bank, N.A.**
c/o Corporation Service Company – Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525