**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**In re:**                                                        **CASE NO.: 19-11795-LMI**
**GABINO R. CABALLERO**                          **CHAPTER: 13**
**JUANA CABALLERO**

      **Debtors**
_____/

**NOTICE OF CONTINUED HEARING**

    **NOTICE IS HEREBY GIVEN** that a hearing will be held on **August 6, 2019** at **9:00 am**, before the Honorable Chief Judge Laurel M. Isicoff in Courtroom 8, C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Miami, FL 33128 to consider the following:

**Objection to Claim of Wells Fargo, N.A. dba Wells Fargo Auto, POC 4-1, DE 35 (Copy of Objection is attached),**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing Notice of Continued Hearing was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this **1** of **July 2019**.

                                                                   CORONA LAW FIRM, P.A.

                                                                   /s/ Ricardo Corona, Esq.
                                                                   RICARDO CORONA, ESQ.
                                                                   Florida Bar No. 111333
                                                                   3899 NW 7 Street
                                                                   Suite 202-B
                                                                   Miami, FL 33126
                                                                   (305) 547-1234 Phone
                                                                   (888) 554-5607 Fax
                                                                   bk@coronapa.com

# Credit Mailing Matrix
## Case No.: 19-11795-LMI

**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Nancy K. Neidich, Chapter 13 Trustee**
PO Box 279806
Miramar, FL 33027

**Gabino R. Caballero**
**Juana Caballero**
3925 SW 125 Avenue
Miami, FL 33175

**By U.S. Certified Mail**
**Wells Fargo Bank, N.A. dba Wells Fargo Auto**
P.O. Box 130000
Raleigh, NC 27605
Email: BKChapter13@WellsFargo.com

**By U.S. Certified Mail**
**Wells Fargo Bank, N.A. dba Wells Fargo Auto**
**c/o C. Allen Parker**
Interim CEO & President
**Wells Fargo Bank, N.A.**
420 Montgomery Street
San Francisco, CA 94163

**By U.S. Certified Mail**
**Wells Fargo Bank, N.A.**
c/o Corporation Service Company – Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525