

ORDERED in the Southern District of Florida on August 18, 2021.

Laurel M. Isicoff
Chief United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 19-11795-LMI
CHAPTER 13

Gabino R Caballero,

    Debtor,

Juana Caballero,

    Joint Debtor.

_____/

### ORDER DENYING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on for hearing on August 10, 2021 during the consent portion of the calendar on Nationstar Mortgage LLC d/b/a Champion Mortgage Company's ("Secured Creditor") Motion for Relief from the Automatic Stay (Docket No. 84). The Debtor filed their First Modified Chapter 13 Plan (Docket No. 97) proposing to capitalize the post-petition arrears in the plan. Accordingly, it is:

    **ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is DENIED without prejudice.

2. The Secured Creditor shall remain subject to the terms of the automatic stay imposed under 11 U.S.C § 362 as to its interest in the real property located at 3925 Southwest 125th Avenue, Miami, Florida 33175-2916, in Miami-Dade County, Florida, and legally described as:

> LOT 24 BLOCK 42 OF SOUTHERN ESTATES SECTION TWO 7TH ADDITION ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 77 PAGE 54 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA. APN : ▮▮▮▮▮▮▮▮

3. The Debtor filed their First Modified Chapter 13 Plan (Docket No. 97) proposing to capitalize the post-petition insurance arrears in the amount of $3,625.95 in the plan.
4. The Debtor shall make all future tax payments with regard to the subject property as they become due and maintain insurance coverage on the real property. Debtor shall be in default under this order if Debtor fails to maintain insurance coverage on the real property of fails to make tax payments as they become due.
5. In the event of Debtor's default under the terms of the note and mortgage and/or this Order, Secured Creditor shall provide the Debtor and his attorney a Notice of Default allowing the Debtor to cure the default within ten (10) days.  Any Notice of Default shall be filed in this case via CM.ECF and provided to the Debtor in accordance with applicable law. After ten (10) days of the filing of the Notice of Default, Secured Creditor may file an Affidavit of Default with the Court and request entry of a stay relief order without further hearing before the court.
6. In the event Secured Creditor obtains its requested stay relief, the Debtor shall be compelled to modify the confirmed plan to remove any further treatment of Secured Creditor's claim upon entry of the relief order.
7. If Debtor fails to modify plan to remove the Secured Creditor, then the Trustee is permitted to redirect any future payments intended for the Secured Creditor pursuant to the last approved plan.
8. In the event the Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code, then Debtor shall pay all pre-petition and post-petition arrears within ten (10) days from the date the case is converted. If Debtor fails to make payments in accordance with this

paragraph then Secured Creditor, through Counsel, may file a certification setting forth said failure and the Secured Creditor shall be granted immediate relief from the automatic stay.

###

Submitted by:
Christopher P. Salamone
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Christopher P. Salamone is directed to serve copies of this order on the parties and file a certificate of service.