

**ORDERED in the Southern District of Florida on January 12, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN THE MATTER OF:                    CASE NO.: 19-11795--LMI

GABINO R. CABALLERO                  CHAPTER 13
JUANA CABALLERO

      Debtors,
_____/

<u>**ORDER CONTINUING CREDITOR MORTGAGE ASSETS MANAGEMENT'S
MOTION REQUESTING ENTRY OF ORDER TERMINATING STAY, DE 108**</u>

**THIS CASE** came on to be heard on January 9, 2024, on the Creditor's Motion Requesting Entry of Order Terminating Stay, DE 108 and Debtors'' Response to Motion DE 110; the Honorable Court heard arguments and positions of the parties, and based on the record, it is

   **ORDERED** as follows:

1. Creditor's Motion Requesting Entry of Order Terminating Stay (DE 108) and the Debtors'

Response (DE 110) are continued **to January 25, 2024,** at **1:30 pm**, **IN PERSON** at **C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Courtroom 8, Miami, FL 33128 before the Honorable Judge Laurel M. Isicoff.** If the office of the Chapter 13 Trustee wants to participate, the Chapter 13 Office may participate by remote attendance at::

https://www.zoomgov.com/meeting/register/vJItfuqurDsoEnWyiKeoSfMa3m888k3mfBM

###

Submitted by
Ricardo Corona, Esq
Bar No. 111333
BK@coronapa.com
Corona Law Firm, P.A
6700 SW 38 Street
MIAMI, FL 33155
 Phone: (305)547-1234
 Fax: (305)266-1151

Ricardo Corona shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.