

ORDERED in the Southern District of Florida on July 24, 2024.

Laurel M. Isicoff, Judge
United States Bankruptcy Court
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                    CASE NO.: 19-11795-LMI
 GABINO R. CABALLERO                  CHAPTER: 13
JUANA CABALLERO

**Debtors,**
_____/

### ORDER GRANTING MOTION TO DEEM THE MORTGAGE CURRENT, DE 134

**THIS CAUSE** having come before the court during the consent portion of the Chapter 13 Motion Calendar on July 16, 2024, upon the Debtors, GABINO R. CABALLERO and JUANA CABALLERO's**,** Motion to Deem Mortgage Current (DE #134), having reviewed the Creditor's written response filed on July 5, 2024, stating that claim had been paid in full, no further

representation by Creditor during the calendar or no other opposition stated on the record, and being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1. The Debtors' Motion, D.E. # 134, is **GRANTED**.

2. The reverse mortgage was current as of the date of this Order.

###

Submitted by:
RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Facsimile

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).