| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Gabino R Caballero |
| Debtor 2 | Juana Caballero |
| United States Bankruptcy Court for the: Southern District of Florida | |
| Case number : | 19-11795-LMI |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| Name of creditor: | Nationstar Mortgage LLC d/b/a Champion Mortgage Company | Court claim no. (if known): | 14 |
|---|---|---|---|
| Last 4 digits of any number you use to identify the debtor's account: | 7624 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X]  No

[  ]  Yes. Date of the last notice.

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 05/06/2019 | $450.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | 03/04/2019 | $200.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | | $0.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Gabino R Caballero                     19-11795-LMI
         First Name   Middle Name   Last Name

**Part 2:  Sign Below**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_/s/ Christopher Giacinto_                                Date  8/14/2019
Signature

| | | |
|---|---|---|
| Print: | Christopher Giacinto | Title  Authorized Agent for Creditor |
| Company | Padgett Law Group | |
| Address | 6267 Old Water Oak Road, Suite 203 | |
|  | Tallahassee FL, 32312 | |
| Contact phone | (850) 422-2520 | Email  bkcrm@padgettlaw.net |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __14th__ day of August, 2019.

/S/ Christopher Giacinto

---

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*

**SERVICE LIST (CASE NO. 19-11795-LMI)**

Debtor
Gabino R Caballero
3925 SW 125 Ave
Miami, FL 33175

Joint Debtor
Juana Caballero
3925 SW 125 Ave
Miami, FL 33175

Attorney
Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Trustee
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

| Invoice Date |
|---|
| 05/06/2019 |



| Invoice Number |
|---|
|  |

6267 Old Water Oak Road, Suite 203
Tallahassee, FL  32312

Champion Mortgage
4000 Horizon Way
Irving, TX 75063

RE: Champion Mortgage
Vs: Gabino Caballero, Juana Caballero
OURFILE:

Property Address: 3925 South West 125 Avenue, Miami, FL 33175

Submitted via LPS IM

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 05/06/2019 | Ch 13 POC Preparation - Recoverable | $450.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees Since Last Billing | $450.00 |
| **Total Amount Due** | **$450.00** |

Thank you for the opportunity to be of service.

| Invoice Date |  | Invoice Number |
|---|---|---|
| 03/13/2019 | | |

6267 Old Water Oak Road, Suite 203
Tallahassee, FL  32312

Champion Mortgage
4000 Horizon Way
Irving, TX 75063

RE: Champion Mortgage
Vs: Gabino Caballero, Juana Caballero
OURFILE:

Property Address: 3925 South West 125 Avenue, Miami, FL 33175

Submitted via LPS IM

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 03/04/2019 | Ch. 13 Plan Review & Negotiation - Recoverable | $200.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees Since Last Billing | $200.00 |
| **Total Amount Due** | **$200.00** |

Thank you for the opportunity to be of service.